IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Phoenix, Richard N | | Case Number: 03 B 49058 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 03/24/09 | | Filed: 12/4/03 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: March 6, 2009
Confirmed:  January 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---:|---:|---:|
| | 6,100.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 4,075.67 |
| Priority: | | 0.00 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 324.33 |
| Other Funds: | | 100.00 |
| Totals: | 6,100.00 | 6,100.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,600.00 | 1,600.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 387.51 | 2,445.85 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 74.00 | 0.00 |
| 5. | Professional Fee Financing | Unsecured | 274.35 | 676.15 |
| 6. | Peoples Energy Corp | Unsecured | 214.95 | 0.00 |
| 7. | Card Service Center | Unsecured | 151.10 | 953.67 |
| 8. | Internal Revenue Service | Priority | | No Claim Filed |
| 9. | Internal Revenue Service | Priority | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Equinox International | Unsecured | | No Claim Filed |
| 15. | Allied Interstate | Unsecured | | No Claim Filed |
| 16. | ADT Security Systems | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 19. | Harris & Harris | Unsecured | | No Claim Filed |
| 20. | Penn Credit Corp | Unsecured | | No Claim Filed |
| 21. | W. Ben Sims & Associates, Ltd. | Unsecured | | No Claim Filed |
| | | | $ 2,701.91 | $ 5,675.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Phoenix, Richard N

Printed: 03/24/09

Case Number: 03 B 49058
Judge: Hollis, Pamela S
Filed: 12/4/03

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 18.82 |
| 4% | 8.33 |
| 6.5% | 27.11 |
| 3% | 4.64 |
| 5.5% | 26.19 |
| 5% | 65.74 |
| 4.8% | 24.00 |
| 5.4% | 129.70 |
| 6.6% | 19.80 |
|  | $ 324.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: